1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS GONZALES, | ) 1:09cv01549 AWI DLB |
| | ) |
| | ) |
| Plaintiff, | ) ORDER GRANTING APPLICATION |
| | ) TO PROCEED IN FORMA PAUPERIS |
| v. | ) |
| | ) (Document 4) |
| M. MILLS, et al., | ) |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

Plaintiff Marcos Gonzales is represented by counsel.  On August 31, 2009, he filed his civil rights complaint along with an application to proceed in forma pauperis.  A review of the application reveals that Plaintiff is entitled to proceed in forma pauperis and his application is therefore GRANTED.

IT IS SO ORDERED.

Dated:    September 2, 2009            _____ /s/ Dennis L. Beck_____
                                      UNITED STATES MAGISTRATE JUDGE

1