# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS GONZALES, | ) 1:09cv01549 AWI DLB |
| | ) |
| Plaintiff, | ) ORDER CONTINUING SCHEDULING<br>) CONFERENCE<br>) Date: April 12, 2010 |
| v. | ) Time: 9:00 a.m.<br>) Courtroom 9 |
| M. MILLS, et al., | ) |
| | ) ORDER REQUIRING PLAINTIFF TO<br>) SERVE COMPLAINT WITHIN 60 DAYS |
| Defendants. | ) |

    Plaintiff Marcos Gonzales, who is proceeding in forma pauperis through counsel, filed the instant civil rights complaint on August 31, 2009. Although Plaintiff is proceeding in forma pauperis, the Clerk issued summons on September 2, 2009, because Plaintiff is represented by counsel.

    Prior to the December 10, 2009, Scheduling Conference, Plaintiff contacted the Court and requested that the conference be continued because the complaint had not yet been served.

    Plaintiff's request to continue the Scheduling Conference is GRANTED. The Scheduling Conference is now SET for April 12, 2010, at 9:00 a.m., in Courtroom 9.

    Although the complaint was required to be served within 120 days of its filing pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff will be GRANTED an additional 60 days from the date of service of this order within which to serve the complaint.

Failure to comply with this order may result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **December 10, 2009**                             **/s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE