Daniel L. Harralson, Esq., #109322
DANIEL L. HARRALSON LAW CORPORATION
Post Office Box 26688
Fresno, California 93729-6688
Telephone (559) 486-4560
Facsimile (559) 486-4320
harralsonlaw@sbcglobal.net

Attorney for Plaintiff:    MARCO GONZALES

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS GONZALES,<br><br>              Plaintiff,<br><br>       vs.<br><br>M. MILLS, THE COUNTY OF FRESNO, SHERIFF MARGARET MIMS, THE FRESNO COUNTY SHERIFF DEPARTMENT and DOES 1 to 100, Inclusive,<br><br>              Defendants. | Case No. 1:09-CV-01549 AWI-DLB<br><br>**STIPULATION TO CONTINUE THE DATE FOR FILING PLAINTIFFS OPPOSITION TO DEFENDANTS MOTION TO DISMISS AND ORDER THEREON**<br><br>Complaints Filed: August 31, 2009<br>Trial: September 13, 2011<br><br>Hearing Date: March 7, 2011<br>Time: 1:30 pm<br>Dept.: Judge Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that the date for filing of Plaintiff's Opposition to Defendant Motion to Dismiss may be continued to February 23, 2011.  The current deadline for filing of the Opposition is February 21, 2011.

The parties agree that the delay resulted from Plaintiffs attorney being in trial for the last Three Weeks.

For this reason the ends of justice are best served by granting of the requested continuance.

Gonzales v. County of Fresno

DATED: February 18, 2011          **WEAKLEY & AREDNT , LLP**

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**VALERIE J. VELASCO, ESQ.**
　　　　　　　　　　　　　　　　　　Attorney for Defendant

DATED: February 18, 2011          **DANIEL L. HARRALSON LAW CORPORTION**

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**DANIEL L. HARRALSON, ESQ.**
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

----

## **ORDER**

**IT IS SO ORDERED,** that the filing date for Plaintiffs Opposition to Defendants Motion to Dismiss is continued to February 23, 2011.

IT IS SO ORDERED.

Dated:   February 18, 2011        _____
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

Gonzales v. County of Fresno