# IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS GONZALES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>M. MILLS, THE COUNTY OF FRESNO, SHERIFF MARGARET MIMS, THE FRESNO COUNTY SHERIFF DEPARTMENT, and DOES 1 through 100 inclusive,<br><br>　　　　Defendants. | 1:09-cv-1549 AWI DLB<br><br>VACATING MARCH 7, 2011, HEARING AND TAKING MATTER UNDER SUBMISSION |

　　Currently set for hearing and decision on March 7, 2011, is Defendant's motion for involuntary dismissal.  Pursuant to Local Rule 230(h), the court has reviewed the moving papers and has determined that the matter is suitable for decision without oral argument.

　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 7, 2011, is VACATED, and the parties shall not appear at that time.  As of March 7, 2011, the Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated: 　March 2, 2011　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE